Opinion Filed this 17th day of January, 2013.



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00704-CV

## DARRIUS CUFFIE, Appellant
V.
## SECRETARY OF VETERAN AFFAIRS, Appellee

On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-12-02721-A

## OPINION

Before Justices Bridges, O'Neill and Murphy
Opinion by Justice O'Neill

Appellant's brief is overdue. By letter dated October 5, 2012, we notified appellant the time for filing his brief had expired. We directed appellant to file his brief and an extension motion within ten days. We cautioned appellant that failure to file his brief would result in dismissal of this appeal. To date, appellant has not filed his brief, an extension motion, or otherwise corresponded with the Court regarding the status of his appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (A)(1); 42.3(b),(c).

MICHAEL J. O'NEILL
JUSTICE

120704F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

Darrius Cuffie, Appellant

No. 05-12-00704-CV     V.

Secretary of Veteran Affairs, Appellee

On Appeal from the County Court at Law
No. 1, Dallas County, Texas
Trial Court Cause No. CC-12-02721-A.
Opinion delivered by Justice O'Neill.
Justices Bridges and Murphy participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee Secretary of Veteran Affairs recover its costs of this appeal from appellant Darrius Cuffie.

Judgment entered this 17th day of January, 2013.

MICHAEL J. O'NEILL
JUSTICE